IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )
         Plaintiffs,                )    No. CR-F-04-5355-AWI
                                    )
    vs.                             )    ORDER EXONERATING BOND
                                    )
JOSE MARIA GARCIA LEON,             )
                                    )
         Defendant.                 )
_____)

The case against the above-named defendant having been concluded, and if required the defendant has surrendered as ordered by the court, the following is ordered:

(X) The defendant's passport is ordered returned:

( ) The property bond posted is exonerated and reconveyed:

( ) The cash bond posted is exonerated and the money returned to the surety.

DATED: 1-18-06

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1